

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2019

No. 04-19-00458-CV

Frederick Stanton **DUNCAN,**
Appellant

v.

Shanna Nicole **DUNCAN,**
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18794
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant filed a notice of appeal on June 28, 2019, which states that "Appellant is presumed indigent and may proceed without paying costs under Rule 20.1," *see* TEX. R. APP. P. 20.1, but the notice of appeal did not include a copy of a statement of inability to afform payment of court costs, and the very limited record before us also contains no such statement.

On August 8, 2019, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.*

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court